

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RAFAEL O. MORELL;
MABEL CAMPOS LOPEZ

**V.**                                        **CASE NUMBER:** 98-1033 (DRD)

UNITED STATES OF AMERICA
AND NORBERTO RUIZ

---

### O R D E R

On August 24, 1999, case number 99-1508 was assigned to the undersigned for consolidation with case number 98-1481(DRD). In exchange for said case number, the undersigned hereby transfers case number 98-1033 (DRD), a case of equal complexity, same category and contemporary with the transferred, to Judge Jaime Pieras, subject to his approval. *See* Local Rule 302(7).

---

**DATE: January 31 , 2000**

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**

N \99-2129 TRN

| Rec'd: | EOD: |
|--------|------|
| By: | # 44 |