UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL O. MORELL, et al.,

    Plaintiffs

vs.                                              CIVIL NO. 98-1033 (JP)

UNITED STATES OF AMERICA, et al.

    Defendants

### ORDER

On July 22, 1999, the Court issued an Order pursuant to local Rule 302.5(A)(3), submitting the above captioned case to Judge Hector Laffitte for consolidation with Civil No. 98-1481. The Court was informed by the Clerk's office that Civil No. 98-1481 was transferred to Judge Domínguez on April 29, 1999. The Court then re-submitted its Order to Judge Domínguez. In exchange for that case, Judge Domínguez submitted to the undersigned Civil No. 98-1033 (DRD). The Court finds that this case is not of the same category as or contemporary with the case transferred to Judge Domínguez, and therefore cannot approve transfer of the same.

Date: 2/15/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By: ho      # 45

3