# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
00 MAR 28 AM 8:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Plaintiff(s) _Rafael O. Morell_

VS.

Defendant(s) _United States_

CIVIL NO. _98-1033_ (DRD)

## DESCRIPTION OF MOTION

| DATE FILED: | DOCKET: | TITLE: |
|---|---|---|
| [ ] Plffs. | [ ] Defts. | |

## ORDER

This case is scheduled as above stated for _April 12_, _2000_, at _4:30_ P.M.

- [x] Status/Scheduling Conference
- [ ] Pre-trial
- [ ] Settlement Conference
- [ ] Trial
- [ ] Hearing on Motions
- [ ] Oral Argument
- [ ] Evidentiary Hearing
- [ ] Suppression Hearing
- [ ] De Novo Hearing
- [ ] Show Cause Hearing
- [ ] Injunction Hearing
- [ ] Foster Hearing
- [ ] Other:

_3/27/2000_
DATE

_[signature]_
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE