# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
## BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**          DATE: April 12, 2000

**CIVIL NO. 98-1033 (DRD)**

---

RAFAEL O. MORELL                     Attorneys:  Juan Cuyar, Francisco
                                                 Fernández Alvarez
　　Plaintiff

　　v.

UNITED STATES OF AMERICA             Beatriz Saiz

　　Defendant

===

　　Status/scheduling conference was held today. The parties advise that the only issue pending is whether or not a notice of intent to levy was sent to Plaintiff. The Court advises the parties to explore settlement options. Pending settlement, however, the Court grants ninety (90) days to complete all discovery on the remaining issue, including taking of depositions.

　　Further status/scheduling conference is set for August 21, 2000, at 5:00 p.m.

*[signature]*
LAW CLERK

S/c: Counsel of record
N:\MINUTES\98-1033 MEM

