UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**            DATE: August 21, 2000

**CIVIL NO. 98-1033 (DRD)**

---

| | |
|---|---|
| RAFAEL O. MORELL | Attorneys: |
| | Francisco Fernández Alvarez |
| Plaintiff | Robert Collins |
| v. | |
| UNITED STATES OF AMERICA | Beatriz Saiz |
| Defendant | |

---

A **STATUS CONFERENCE** was held today. The parties advised the Court of the status of this case. The Court **GRANTED** the parties until November 30, 2000 to conclude **ALL DISCOVERY** and **EVALUATION** of this case for settlement. Thereafter, the Court will convene a **SETTLEMENT CONFERENCE** on **December 15, 2000 at 4:00 p.m.** The Court forewarned the parties that should no settlement materialize, this case shall be seen by the undersigned no later than the end of March 2001. The parties are strongly encouraged to fully explore settlement.

*[signature]*

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**

S/c: Counsel of record
P:\MINUTES\98-1033A.MEM