UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**  DATE: December 15, 2000
**CIVIL NO. 98-1033 (DRD)**

| | |
|---|---|
| RAFAEL O. MORELL | Attorneys: |
| | Francisco Fernández Alvarez |
| Plaintiff | Robert Collins |
| v. | |
| UNITED STATES OF AMERICA | Beatriz Saiz |
| Defendant | |

A **SETTLEMENT CONFERENCE** was held today. The parties discussed settlement options. The Court suggested that an equitable resolution to the levy matter would be a 50/50 split. The Court requested that the Plaintiff send a letter to the IRS to this effect within five (5) days to formalize the settlement offer. The IRS is to provide a response of acceptance or rejection within twenty (20) days. A further conference may be necessary to discuss remaining matters and set the case for pretrial. The Plaintiff is to move the Court for a conference if the settlement negotiations are unsuccessful.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

S/c: Counsel of record
P\MINUTES\98-1033B MEM