UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL MORELL, et al.

    v.                                              Civ. No. 98-1033(DRD)

UNITED STATES OF AMERICA, et al.

## ORDER

By order of the Court a **SETTLEMENT CONFERENCE** is set for **February 21, 2001 at 5:00 p.m.** If a settlement is not reached, the parties must prepare for trial, which is set to commence on **March 15, 2001**.

IT IS SO ORDERED.

January 25, 2001                                            DANIEL R. DOMINGUEZ
                                                                U.S. District Judge

RECEIVED AND FILED 01 JAN 29 AM 7:59