UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL MORELL,
v.
UNITED STATES OF AMERICA.

CASE NUMBER: 98-1033 (DRD)

## ORDER

The last docket entry in this case was the Minutes of Proceedings of a settlement conference held on February 6, 2001 with Judge Ward (more than five months ago). (Docket No. 56). The minutes in pertinent part state that "[i]f plaintiff can establish damages equal to or exceeding $10,000, this case is to be settled for $10,000. Counsel to report to Judge Dominguez by March 16, 2001." The record does not show another docket entry for the last five months. In addition, the parties have not informed the Court is a settlement has been reached. Therefore, the Court hereby **ORDERS** Plaintiff to **SHOW GOOD CAUSE by Friday, July 27, 2001 at 5:00 p.m.**, why this case should not be dismissed for lack of prosecution. Failure to demonstrate exceptionally good cause for Plaintiffs' lack of prosecution shall result in dismissal of this case. **NO EXTENSIONS SHALL BE GRANTED.**
IT IS SO ORDERED.

Date: July 16, 2001

P:\PeachOrders\98-1033 osc.wpd

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:     EOD:

By:  # 57

