UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL MORELL,
Plaintiff,

v.

CIVIL NO. 98-1033 (DRD)

UNITED STATES OF AMERICA,
Defendant.

### ORDER

| MOTION | RULING |
|---|---|
| Date<br>Filed: 01/24/02  **Docket #60**<br>[X] **Plff**  [x] **Deft**<br>[ ] **Other**<br><br>Title: STIPULATION OF DISMISSAL | **APPROVED.** The Court hereby approves the parties' joint stipulation of dismissal (Docket No. 60) pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and dismisses the instant action **WITH PREJUDICE** and without the imposition of attorneys' fees or costs. Judgment shall be entered accordingly. |

Date: January 30, 2002.

DANIEL R. DOMINGUEZ
U.S. District Judge

s/cs:to ( ✓ )
attys/pts
n ICMS

2/1/02

N:\98-1033 Vol_Dis GRANTED.wpd