UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**RAFAEL MORELL,**
Plaintiff,

v.

CIVIL NO. 98-1033 (DRD)

**UNITED STATES OF AMERICA,**
Defendant.

## JUDGMENT

The court, having approved on this same date the parties' joint stipulation for voluntary dismissal, hereby enters partial judgment dismissing this action against all Defendants **WITH PREJUDICE** and without imposition of costs, expenses or attorneys' fees.

Date: January 30, 2002.

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:          EOD:

By:

s/cs:to ( 4 )
attys/pts
in ICMS

N:\98-1033 Vol_Dis.GRANTED.wpd